IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 12-1909 JB |
| | ) | |
| GILBERT ARAGON, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO DISMISS WITHOUT PREJUDICE
CHARGES OF INDICTMENT AGAINST GILBERT ARAGON

Pursuant to Rule 48, Fed. R. Crim. P., the United States respectfully moves to dismiss without prejudice Counts 3, 11, 12, and 14 and the forfeiture allegation listed in the Indictment (Doc. 2) as to defendant Gilbert Aragon, and in support of its motion states as follows:

Upon further review of the evidence in this case, the United States has determined that it is in the interest of justice to dismiss without prejudice the above-listed counts and the forfeiture allegation of the Indictment (Doc. 2) as to defendant Gilbert Aragon. Defendant Gilbert Aragon does not oppose this motion.

Respectfully submitted,

KENNETH GONZALES
United States Attorney

*ELECTRONICALLY FILED*

SAMUEL A. HURTADO
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, N. M. 87103
(505) 224-1537